Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 31, 2008








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed January 31, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00054-CV

____________

 

IN RE ANITRA CARTER, JR., Relator

 

 



 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
January 25, 2008, relator Anitra Carter, Jr. filed a petition
for writ of mandamus in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asks this court to compel Respondent, Gerry Birnberg, Chair, Harris
County Democratic Party, to place the name of relator, Anitra Carter, Jr., on
the ballot for the upcoming election for Justice of the Peace, Precinct 6,
Place 1, Harris County, Texas.

Relator
has not established her entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relator=s petition for writ of mandamus.

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed January 31, 2008.

Panel consists of Justices Fowler,
Frost, and Seymore.